```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------x
U.S. BANK NATIONAL ASSOCIATION,
                                              19 Civ. 3495 (VM)
                Plaintiff,

       - against -                                   ORDER

EAST FORDHAM DE LLC, et al.,

                Defendants.
--------------------------------------x
```

**VICTOR MARRERO, United States District Judge.**

On June 20, 2019, the Court stayed this action pending the ruling by the New York Supreme Court, Bronx County, on East Fordham DE LLC's motion for summary judgment (the "Motion") filed in the litigation there between U.S. Bank National Association and East Fordham DE LLC. (See Dkt. No. 31.) [1] The parties were directed to inform the Court immediately upon such a ruling on the Motion. (See id.)

As of the date of this Order, the Court has not received an update from the parties, or otherwise, concerning the status of the Motion in State Court. The parties are directed to inform the Court within five (5) days whether the State Court has ruled on the Motion.

**SO ORDERED.**

Dated: New York, New York
       13 September 2022

_Victor Marrero_
U.S.D.J.

---

[1] On June 8, 2020, the Second Circuit Court of Appeals affirmed the Court's June 20, 2019 order. (See Dkt. No. 37.)