USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
:
U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, : Case No.: 1:19-cv-03495 (VM)
AS SUCCESSOR IN INTEREST TO BANK OF :
AMERICA, N.A., AS TRUSTEE FOR THE REGISTERED :
HOLDERS OF CREDIT SUISSE FIRST BOSTON :
MORTGAGE SECURITIES CORP., COMMERCIAL : ORDER EXTENDING
MORTGAGE PASS-THROUGH CERTIFICATES, SERIES : NOTICE OF PENDENCY
2007-C2, ACTING BY AND THROUGH ITS SPECIAL :
SERVICER, TORCHLIGHT LOAN SERVICES, LLC, :
:
                      Plaintiff, :
:
   - against - :
:
EAST FORDHAM DE LLC, EAST FORDHAM G LLC, :
PEOPLE OF THE STATE OF NEW YORK, JOHN DOE # 1 :
– 50, SAID JOHN DOE DEFENDANTS # 1 – 50 BEING :
FICTITIOUS, IT BEING INTENDED TO NAME AS :
DEFENDANTS ALL PERSONS WHO MAY HAVE :
OBTAINED POSSESSION OF OR OTHERWISE :
RECEIVED, CONTROLLED, SPENT, CONVERTED, :
MISAPPROPRIATED OR OTHERWISE TAKEN ANY :
RENTS ON OR AFTER THE OCCURRENCE OF AN :
EVENT OF DEFAULT, AND JOHN DOE # 51 – 100, SAID :
JOHN DOE DEFENDANTS # 51 – 100 BEING :
FICTITIOUS, IT BEING INTENDED TO NAME ALL :
OTHER PARTIES WHO MAY HAVE SOME INTEREST :
IN OR LIEN UPON THE PREMISES :
SOUGHT TO BE FORECLOSED, AND NEW YORK CITY :
ENVIRONMENTAL CONTROL BOARD, :
:
                      Defendants. :
------------------------------------------------------------------------x

TO THE CLERK OF THE COUNTY OF BRONX:

        Plaintiff U.S. Bank National Association, as Trustee, as Successor in Interest to Bank

of America, N.A., as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage

Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 2007-C2 ("Plaintiff"),

moved, by way of a motion pursuant to New York CPLR 6513, for an Order of the Court extending

the period of duration of the Notice of Pendency of this action, originally filed by Plaintiff in the office of the Clerk of Bronx County in the State of New York, on April 19, 2019.

The Court has read and filed the motion, the Notice of Pendency, and the pleadings and proceedings in this action; and the Court has exercised due deliberation on the matter. Accordingly, it is

**ORDERED**, that the period of duration of the notice of pendency of this action, filed in the office of the Clerk of Bronx County, New York, on April 19, 2019, which is due to expire no earlier than December 5, 2022, be extended for a period of three years until December 5, 2025; and it is

**FURTHER ORDERED**, that this extension order be filed, recorded, and indexed before expiration of the prior period.

The real property affected by the Notice of Pendency and by this Order is as follows: the property located at 300-318 East Fordham Road, Bronx, New York, designated as Section 11, Block 3023, Lots 15, 22, 24, 26, and more particularly described in the Notice of Pendency and the attachments thereto.

**IT IS SO ORDERED.**

Dated:     New York, New York
           22 November, 2022

_____
Victor Marrero
U.S.D.J.