UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. BANK NATIONAL ASSOCIATION, as
Trustee, as successor in interest to bank
ofamerica, n.a., as Trustee for the registered
holders of Credit Suisse First Boston Mortgage
Securities Corp., Commercial Mortgage Pass-
Through Certificates, Series 2007-C2, acting by
and through its special servicer, Torchlight
Loan Services, LLC,

                    Plaintiff,

        v.

EAST FORDHAM DE LLC, EAST
FORDHAM G LLC, PEOPLE OF THE
STATE OF NEW YORK, JOHN DOE # 1– 50,
said John Doe defendants # 1 – 50 being
fictitious, it being intended to name as
defendants all persons who may have obtained
possession of or otherwise received, controlled,
spent, converted, misappropriated or otherwise
taken any rents on or after the occurrence of an
event of default, AND JOHN DOE # 51 – 100,
said John Doe defendants # 51 – 100 being
fictitious, it being intended to name all other
parties who may have some interest in or lien
upon the premises sought to be foreclosed,
AND NEW YORK CITY
ENVIRONMENTAL CONTROL BOARD,

                    Defendants.

19-CV-03495 (JAV)

**NOTICE OF REASSIGNMENT**

JEANNETTE A. VARGAS, United States District Judge:

        This case has been reassigned to the undersigned.  All counsel must familiarize

themselves with the Court's Individual Practices, which are available at

https://nysd.uscourts.gov/hon-jeannette-vargas.  Unless and until the Court orders otherwise, all

prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

 Dated:  January 14, 2025
          New York, New York

JEANNETTE A. VARGAS
United States District Judge