UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. BANK NATIONAL ASSOCIATION, as
Trustee, as successor in interest to bank
ofamerica, n.a., as Trustee for the registered
holders of Credit Suisse First Boston Mortgage
Securities Corp., Commercial Mortgage Pass-
Through Certificates, Series 2007-C2, acting by
and through its special servicer, Torchlight
Loan Services, LLC,

                                    Plaintiff,

                    v.

EAST FORDHAM DE LLC, EAST
FORDHAM G LLC, PEOPLE OF THE
STATE OF NEW YORK, JOHN DOE # 1– 50,
said John Doe defendants # 1 – 50 being
fictitious, it being intended to name as
defendants all persons who may have obtained
possession of or otherwise received, controlled,
spent, converted, misappropriated or otherwise
taken any rents on or after the occurrence of an
event of default, AND JOHN DOE # 51 – 100,
said John Doe defendants # 51 – 100 being
fictitious, it being intended to name all other
parties who may have some interest in or lien
upon the premises sought to be foreclosed,
AND NEW YORK CITY
ENVIRONMENTAL CONTROL BOARD,

                                    Defendants.

19-CV-03495 (JAV)

**ORDER**

JEANNETTE A. VARGAS, United States District Judge:

By order dated July 12, 2019, Judge Victor Marrero ordered this matter stayed on

*Colorado River* abstention grounds, pending final resolution of an action pending in the Supreme

Court of the State of New York, Bronx Country, Index No. 0260551/2014 (the "State Court

Action").

The Court hereby ORDERS that, by no later than **October 20, 2025**, the parties submit a joint status letter with the Court regarding the status of the State Court Action.

Dated:  October 6, 2025
      New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge