UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR IN INTEREST TO BANK OF AMERICA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-C2, ACTING BY AND THROUGH ITS SPECIAL SERVICER, TORCHLIGHT LOAN SERVICES, LLC,

Plaintiff,

- against -

EAST FORDHAM DE LLC, EAST FORDHAM G LLC, PEOPLE OF THE STATE OF NEW YORK, JOHN DOE # 1 – 50, SAID JOHN DOE DEFENDANTS # 1 – 50 BEING FICTITIOUS, IT BEING INTENDED TO NAME AS DEFENDANTS ALL PERSONS WHO MAY HAVE OBTAINED POSSESSION OF OR OTHERWISE RECEIVED, CONTROLLED, SPENT, CONVERTED, MISAPPROPRIATED OR OTHERWISE TAKEN ANY RENTS ON OR AFTER THE OCCURRENCE OF AN EVENT OF DEFAULT, AND JOHN DOE # 51 – 100, SAID JOHN DOE DEFENDANTS # 51 – 100 BEING FICTITIOUS, IT BEING INTENDED TO NAME ALL OTHER PARTIES WHO MAY HAVE SOME INTEREST IN OR LIEN UPON THE PREMISES SOUGHT TO BE FORECLOSED, AND NEW YORK CITY ENVIRONMENTAL CONTROL BOARD,

Defendants.

------------------------------------------------------------------------ x

Case No.: 1:19-cv-03495 (JAV)

[~~PROPOSED~~] ORDER TO CANCEL NOTICE OF PENDENCY

TO THE CLERK OF THE COUNTY OF BRONX:

Plaintiff U.S. Bank National Association, as Trustee, as Successor in Interest to Bank of America, N.A., as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 2007-C2 (“Plaintiff”), notified this Court that this action has been settled, and moved pursuant to CPLR 6514(a) for an

Order of the Court canceling the Notice of Pendency of this action, originally filed by Plaintiff in the office of the Clerk of Bronx County in the State of New York, on April 19, 2019, and which was previously extended by this Court through December 5, 2028.

The Court finds that, this action having now been settled, the Notice of Pendency is subject to mandatory cancellation pursuant to CPLR § 6514(a). Accordingly, it is

**ORDERED**, that the Clerk of Bronx County, New York, shall cancel the Notice of Pendency of this action, filed in the office of the Clerk of Bronx County, New York, on April 19, 2019, which is due to expire no earlier than December 5, 2028; and it is

**FURTHER ORDERED**, that the parties shall give the Clerk of Bronx County, New York, notice of this order pursuant to the CPLR.

The real property affected by the Notice of Pendency and by this Order is as follows: the property located at 300-318 East Fordham Road, Bronx, New York, designated as Section 11, Block 3023, Lots 15, 22, 24, 26, and more particularly described in the Notice of Pendency and the attachments thereto.

**IT IS SO ORDERED.**

Dated: New York, New York
October 5, 2026

Jeannette Vargas

HON. JEANNETTE A. VARGAS
U.S.D.J.